MARY R. HUSTED, Respondent, *v.* JOHN W. SWEENEY et al., Appellants.

(Argued May 7, 1885; decided June 9, 1885.)

*J. H. Clayton* for appellants.

*John Andrews* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

———

PATRICK RONAN Respondent, *v.* THE HUDSON RIVER BRIDGE COMPANY, Appellant.

(Argued May 6, 1885; decided June 9, 1885.)

*Matthew Hale* for appellant.

*Isaac Lawson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

———

CHARLES W. MILLER, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued May 8, 1885; decided June 9, 1885.)

*Samuel Hand* for appellant.

*E. Countryman* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.